**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE NIX, | ) NO. CV 11-2263-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LOS ANGELES COUNTY SUPERIOR COURT (SOUTHWEST DISTRICT), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Denying Motion For Extension Of Time,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 29, 2011.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE